# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZULFIYA S. KARIMOVA,<br><br>        Plaintiff,<br><br>vs.<br><br>BERNINI DRIVE TRUST, et al.,<br><br>        Defendants. | Case No. 2:13-cv-00151-JAD-CWH<br><br>**<u>MINUTE ORDER</u>** |

      This matter is before the Court on the parties' failure to file a proposed stipulated discovery plan and scheduling order. The Complaint (#1) in this matter was filed on January 29, 2013. The first defendant answered or otherwise appeared on February 21, 2013. Pursuant to Local Rule ("LR") 26-1(d), Plaintiff is required to initiate the scheduling of a conference pursuant to Federal Rule of Civil Procedure 26(f) within 30 days after the first defendant answered or otherwise appears. Within fourteen (14) days of the Rule 26(f) conference, the parties are required to submit a stipulated discovery plan and scheduling order. LR 26-1(d). To date, the parties have failed to comply with LR 26-1(d).

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Plaintiff shall initiate a Rule 26(f) conference within seven (7) days of this order and the parties shall submit a proposed stipulated discovery plan and scheduling order by **January 30, 2014**. The proposed plan shall be in compliance with the provisions of LR 26-1 and LR 26-4 of the Local Rules of Practice for the United States District Court for the District of Nevada.

      **IT IS FURTHER ORDERED** that failure to comply with the requirements of this order

may result in sanctions, up to and including a recommendation that the case be dismissed, pursuant to, *inter alia*, LR IA 4-1, Fed. R. Civ. P. 16(f), Fed. R. Civ. P. 37(f), or the Court's inherent authority.

DATED: January 15, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**