# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Zulfiya S. Karimova,<br><br>Plaintiff<br><br>v.<br><br>Bernini Drive Trust et al.,<br><br>Defendants | Case No.: 2:13-cv-00151-JAD-CWH<br><br>**Order Adopting Report and Recommendation [Doc. 4] and Dismissing Case** |

Before the Court is Magistrate Judge Carl W. Hoffmans's Report and Recommendation regarding Plaintiff Zulfiya Karimova's repeated failure to comply with or even respond to court orders.[1] On January 15, 2014, Judge Hoffman ordered Plaintiff to initiate a Rule 26(f) conference within 7 days of his order and directed the parties to submit a proposed stipulated discovery plan and scheduling order by January 30, 2014.[2] Judge Hoffman's order warned that failure to comply with the order could result in sanctions.[3] On March 6, 2014, Judge Hoffman set a show-cause hearing for March 18, 2014, and warned that failure to comply with that order would result in a dismissal recommendation.[4] Because Plaintiff is pro se, the Court had a copy of this order sent to Plaintiff's

---

[1] Doc. 24.

[2] Doc. 19.

[3] Doc. 19 at 1–2.

[4] Doc. 20 at 1.

1

address by certified mail, but Plaintiff failed to either appear at the hearing or request he be excused.[5]

On March 20, 2014, Judge Hoffman recommended dismissal of this case; objections were due April 6, 2014. Plaintiff has filed no objection to the Report. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[6]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 4] is ACCEPTED**.

It is further ORDERED that this case is **DISMISSED**.

DATED May 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[5] *See* Docs. 21–22; *see also* Doc. 24 at 2.

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

2